**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC, | )<br>)<br>) Case No. 24-3428<br>) |
| Plaintiff, | ) |
| v. | ) |
| GTS FREIGHT INC. and SEBASTIAN HUGEANU, | )<br>) |
| Defendants. | ) |

**NOTIFICATION AS TO AFFILIATES / CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, PNC Bank, National Association, successor by merger to PNC Equipment Finance, LLC identifies its affiliates as follows:

PNC Bank is a national banking association and is an indirect subsidiary of The PNC Financial Services Group, Inc. The PNC Financial Services Group, Inc. is a financial holding company trading under the symbol "PNC" on the New York Stock Exchange.

Dated: April  29 , 2024

                                           PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC Equipment Finance, LLC,

                               By:     /s/ C. Randall Woolley
                                                      C. Randall Woolley
                                                      Darcy & Devassy PC
                                                      444 N. Michigan Ave, Suite 3270
                                                      Chicago, IL 60611
                                                      Tel: (312) 784-2400
                                                      Fax; (312) 784-2410
                                                      rwoolley@darcydevassy.com